**LITTLE v. OMEGA MEATS I, INC.**

[360 N.C. 164 (2005)]

TERI HARVEY LITTLE and FRANK DONALD LITTLE, JR. v. OMEGA MEATS I, INC., THOMAS A. CASSANO, and RONALD LEE SMITH

No. 438A05

(Filed 16 December 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 615 S.E.2d 45 (2005), affirming a judgment entered 20 August 2003 by Judge Michael E. Helms directing a verdict in favor of defendants Omega Meats I, Inc. and Thomas A. Cassano in Superior Court, Guilford County. Heard in the Supreme Court 13 December 2005.

*Schoch & Schoch, by Arch K. Schoch IV, for plaintiff-appellants.*

*Horton and Gsteiger, P.L.L.C., by Urs R. Gsteiger, for defendant-appellees Omega Meats I, Inc. and Thomas A. Cassano.*

PER CURIAM.

AFFIRMED.